AO 450 (Rev 5/85) Judgment in a Civil Case

# United States District Court

District of Utah

| | |
|---|---|
| CAROLYN FORD, <br><br>　　　　Plaintiff <br><br>　　v. <br><br>JALISCO MARKET, LLC, a Utah Limited Liability company, MARK A. WILSON, an individual, and John Does I-X, XYZ Corporations and/or Limited Liability Companies I-X, <br><br>　　　　Defendant | **JUDGMENT IN A CIVIL CASE** <br><br> Case Number: 2:16-cv-00619 |

IT IS ORDERED AND ADJUDGED

That Defendants are awarded $1,536.00 in attorneys' fees pursuant to the Order issued by this court. *See* ECF No. 83.

January 2, 2018                                    BY THE COURT:
_____
*Date*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*[signature]*  _____

　　　　　　　　　　　　　　　　　　　　　　　　Clark Waddoups
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge